UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| RONALD SATISH EMRIT, a/k/a PRESIDENTIAL CANDIDATE NUMBER P60005535, | ) | |
| Plaintiff, | ) | |
| v. | ) | No.: 3:26-CV-106-TAV-DCP |
| BARACK HUSSEIN OBAMA, *et al.*, | ) | |
| Defendants. | ) | |

**ORDER**

This civil matter is before the Court on a Report and Recommendation ("R&R") entered by United States Magistrate Judge Debra C. Poplin on August 31, 2026 [Doc. 11]. In the R&R, Judge Poplin granted plaintiff's Application to Proceed In Forma Pauperis [*Id.* at 1–2, 11; *see* Doc. 2]. However, after screening the complaint, Judge Poplin recommended that the Court dismiss plaintiff's complaint [*see* Doc. 1] for lack of personal jurisdiction over defendants, improper venue, and because plaintiff's claims lack any arguable basis in fact or law [Doc. 11, pp. 5–8, 11]. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(d), 72(b).

After a careful review of the matter, the Court agrees with the magistrate judge's recommendation. Therefore, the Court **ACCEPTS** and **ADOPTS** the R&R in whole [Doc. 11]. Accordingly, it is hereby **ORDERED** that plaintiff's case is **DISMISSED**,

and the Clerk of Court is **DIRECTED** to **CLOSE** this case. A separate judgment order will follow.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE